*AO 120 (Rev. 08/10)*

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313–1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the **U.S. District Court for the District of New Jersey** on the following:
**X** Trademarks or _____ Patents. ( _____ the patent action involves 35 U.S.C. § 292.)

| DOCKET NO.<br>3:26–cv–06559–RK–JTQ | DATE FILED<br>6/5/2026 | U.S. DISTRICT COURT<br>TRENTON, NJ |
|---|---|---|
| PLAINTIFF<br>PRINCETON LOGISTICS GROUP, LLC, | | DEFENDANT<br>PATRICK LOUIS GROUP INCORPORATED |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 See attached<br>Complaint and Exhibits | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above––entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ___ Amendment    ___ Answer    ___ Cross Bill    ___ Other Pleading |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above––entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK OF COURT | (BY) DEPUTY CLERK<br>s/ Ashley R Montuoro | DATE<br>6/5/2026 |
|---|---|---|

**Copy 1––Upon initiation of action, mail this copy to Director Copy 3––Upon termination of action, mail this copy to Director**
**Copy 2––Upon filing document adding patent(s), mail this copy to Director Copy 4––Case file copy**