Virginia A. Nairooz
**THE KILLIAN FIRM, P.C.**
107 Tindall Road
Middletown, New Jersey 07748
732-912-2100
vnairooz@tkfpc.com
*Attorneys for Plaintiff*
PRINCETON LOGISTICS GROUP, LLC

Simon J.K. Miller, SBN 051541993
RAINES FELDMAN LITTRELL LLP
1350 Avenue of the Americas, 22nd Floor
New York, New York 10019
917-790-7105
smiller@raineslaw.com

Christopher Frost*
Catherine Liu*
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
424-254-0441
chris@frostllp.com
catherine@frostllp.com
*Attorneys for Defendant*
PATRICK LOUIS GROUP INCORPORATED
**pro hac vice application forthcoming*

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| PRINCETON LOGISTICS GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK LOUIS GROUP INCORPORATED,<br><br>Defendant. | Case No.: 3:26-cv-06559-RK-JTZ<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT**<br><br>Hon. Robert Kirsch, U.S.D.J.<br><br>Hon. Justin T. Quinn, U.S.M.J. |

Pursuant to Local Civil Rule 6.1 and the Individual Rules and Procedures of Judge Robert Kirsch, IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff Princeton Logistics Group, LLC and Defendant Patrick Louis Group, Inc., subject to the approval of the Court, that:

1. The Parties have conferred and mutually agree that Defendant requires additional time to respond to the Complaint.

2. The Parties stipulate and agree that Defendant's deadline to answer, move, or otherwise respond to the Complaint shall be extended to August 31, 2026.

3. Plaintiff's counsel was recently retained in this matter and requires additional time to become familiar with the case and coordinate a response.

4. This extension is entered into in good faith to facilitate efficient case management and is the first extension requested of this Court in this matter.

5. No other deadlines in this case are affected by this stipulation.

6. This request is unopposed; all parties consent to the relief sought herein.

Dated: August 17, 2026

*Virginia A. Nairooz*
Virginia A. Nairooz
**THE KILLIAN FIRM, P.C.**
*Attorneys for Plaintiff*
PRINCETON LOGISTICS GROUP, LLC

Simon Miller
Christopher Frost*
Catherine Liu*

*Attorneys for Defendant*
*PATRICK LOUIS GROUP, INC.*