UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| PRINCETON LOGISTICS GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK LOUIS GROUP INCORPORATED,<br><br>Defendant. | Case No.: 3:26-cv-06559-RK-JTZ<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND**<br><br>Hon. Robert Kirsch, U.S.D.J.<br><br>Hon. Justin T. Quinn, U.S.M.J. |

THIS MATTER, having come before the Court on the Parties' Stipulation and to extend Defendant Patrick Louis Group, Inc.'s time to respond to the Complaint and, if applicable, Plaintiff's time to respond to any counterclaim; and the Court having considered the submission, and for good cause shown;

IT IS on this _____ day of _____________, 2026,

ORDERED that:

Defendant's deadline to answer, move, or otherwise respond to the Complaint shall be extended to August 31, 2026.

______________________________
Hon. Robert Kirsch, U.S.D.J.