RAINES

**RAINES FELDMAN LITTRELL LLP**
1350 Avenue of the Americas, 22nd Fl
New York, New York 10019
Main: 917.790.7100

www.raineslaw.com

September 11, 2026

**VIA ECF**

Hon. Robert Kirsch, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**RE: Princeton Logistics Group, LLC v. Patrick Louis Group, Inc., Civil Action No. 3:26-cv-06559-RK-JTQ – Movant's Certification Regarding Meet and Confer**

Dear Judge Kirsch:

Pursuant to Section I(A)(3) of the Court's Individual Rules and Procedures, Defendant Patrick Louis Group, Inc., as movant, respectfully submits this letter certifying that the parties met and conferred but were unable to resolve the issues raised in Defendant's August 31, 2026 pre-motion letter (ECF No. 7).

Counsel for Defendant, Catherine Liu and Veronica A. Phifer, and counsel for Plaintiff Princeton Logistics Group, LLC, Virginia Nairooz, conferred on Friday, September 4, 2026 via Microsoft Teams. During that conference, the parties discussed each of the issues and the substance set forth in Defendant's August 31, 2026 letter. Notwithstanding these discussions, the parties were unable to resolve the issues identified in Defendant's letter, and Plaintiff did not agree to amend the Complaint or otherwise address the deficiencies raised.

Defendant, therefore, respectfully requests that the Court schedule a pre-motion conference or, in the alternative, authorize Defendant to file its proposed motion to dismiss without such a conference.

Respectfully submitted,

Simon J.K. Miller, SBN 051541993
RAINES FELDMAN LITTRELL LLP
1350 Avenue of the Americas, 22nd Floor
New York, New York 10019
917-790-7105
smiller@raineslaw.com

Christopher Frost*
Catherine Liu*
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
424-254-0441
chris@frostllp.com
catherine@frostllp.com
*Attorneys for Defendant*
PATRICK LOUIS GROUP
INCORPORATED
**pro hac vice application forthcoming*

*Attorneys for Defendant Patrick Louis Group, Inc.*

CC: All Counsel of Record (via ECF)