RAINES

**RAINES FELDMAN LITTRELL LLP**
1350 Avenue of the Americas, 22nd Fl
New York, New York 10019
Main: 917.790.7100

www.raineslaw.com

September 24, 2026

**VIA CM/ECF**

Honorable Justin T. Quinn, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: Princeton Logistics Group, LLC v. Patrick Louis Group, Inc.,**
**Civil Action No. 3:26-cv-06559-RK-JTZ**
**Consent Application for Admission Pro Hac Vice of Chris Frost, Catherine Liu, and Veronica A. Phifer**

Dear Judge Quinn:

This firm represents Defendant Patrick Louis Group, Inc. in the above-referenced matter. We write respectfully to submit, on consent, a proposed Consent Order for the Admission of Christopher Frost, Esq. and Catherine Liu, Esq. to appear pro hac vice as counsel for Defendant Patrick Louis Group, Inc. in this action, pursuant to Local Civil Rule 101.1(c).

Counsel for Plaintiff Princeton Logistics Group, LLC have consented to this application.

Enclosed for the Court's consideration are the following:

1. Certification of Christopher Frost in Support of Admission Pro Hac Vice;

2. Certification of Catherine Liu in Support of Admission Pro Hac Vice;

3. Certification of Veronica A. Phifer in Support of Admission Pro Hac Vice;

4. Certification of Simon J.K. Miller in Support of Admission Pro Hac Vice of Christopher Frost, Catherine Liu, and Veronica A. Phifer; and

5. Proposed Consent Order.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/
SIMON J.K. MILLER, ESQ.

*cc: All counsel of record (via CM/ECF)*