Simon J.K. Miller, SBN 051541993
RAINES FELDMAN LITTRELL LLP
1350 Avenue of the Americas, 22nd Floor
New York, New York 10019
917-790-7105
smiller@raineslaw.com

Christopher Frost*
Catherine Liu*
Veronica A. Phifer*
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
424-254-0441
chris@frostllp.com
catherine@frostllp.com
*Attorneys for Defendant*
PATRICK LOUIS GROUP INCORPORATED
**pro hac vice application pending*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PRINCETON LOGISTICS GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK LOUIS GROUP INCORPORATED,<br><br>Defendant. | Case No.: 3:26-cv-06559-RK-JTZ<br><br>**CERTIFICATION OF CHRISTOPHER FROST IN SUPPORT OF ADMISSION PRO HAC VICE**<br><br>Hon. Robert Kirsch, U.S.D.J.<br><br>Hon. Justin T. Quinn, U.S.M.J. |

1. I am an attorney seeking admission to appear pro hac vice as counsel for Patrick Louis Group, Inc. in the above-captioned matter, pursuant to Local Civil Rule 101.1(c).

2. I am a member in good standing of the Bar of California, having been admitted in 1999. The name and address of the official or office maintaining the roll of members of that bar

is the State Bar of California located at 180 Howard Street, San Francisco, California 94105-1639.

3. I am not currently suspended or disbarred in any jurisdiction.

4. No disciplinary proceedings are presently pending against me in any jurisdiction, and no discipline has previously been imposed upon me in any jurisdiction.

5. I am not currently suspended or barred from practice before this Court, and I have not been denied admission pro hac vice by this Court. [Or, if applicable, describe any prior application(s) for pro hac vice admission to this Court within the preceding 365 days.]

6. I understand that, if admitted, I will be subject to the disciplinary jurisdiction of this Court, and that I may not withdraw as counsel without leave of the Court before this action is terminated.

7. I understand that, if admitted, I am deemed to have agreed to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees.

8. I understand that, upon admission, I must pay the required Admission Fee of $250.00 to the Clerk, U.S. District Court, and make the required payment to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:28-2(a) for each year in which I continue to represent a client in a matter pending before this Court.

9. I certify under penalty of perjury that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: September 24, 2026

*/s/* Christopher Frost

Christopher Frost