Simon J.K. Miller, SBN 051541993
RAINES FELDMAN LITTRELL LLP
1350 Avenue of the Americas, 22nd Floor
New York, New York 10019
917-790-7105
smiller@raineslaw.com

Christopher Frost*
Catherine Liu*
Veronica A. Phifer*
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
424-254-0441
chris@frostllp.com
catherine@frostllp.com
*Attorneys for Defendant*
PATRICK LOUIS GROUP INCORPORATED
**pro hac vice application pending*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PRINCETON LOGISTICS GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK LOUIS GROUP INCORPORATED,<br><br>Defendant. | Case No.: 3:26-cv-06559-RK-JTZ<br><br>**CERTIFICATION OF SIMON J.K. MILLER IN SUPPORT OF ADMISSION PRO HAC VICE OF CHRIS FROST, CATHERINE LIU, AND VERONICA A. PHIFER**<br><br>Hon. Robert Kirsch, U.S.D.J.<br><br>Hon. Justin T. Quinn, U.S.M.J. |

1. I am a member in good standing of the Bar of the State of New Jersey and of the Bar of the United States District Court for the District of New Jersey, and I am counsel of record for Patrick Louis Group, Inc. in this action.

2. I make this Certification in support of the application for admission pro hac vice

of Christopher Frost, Catherine Liu, and Veronica A. Phifer pursuant to Local Civil Rule 101.1(c).

3. As local counsel, I will sign and file all papers, enter appearances, and receive service of all notices, orders, pleadings, and other papers relating to this action, and will otherwise comply with the responsibilities of local counsel under Local Civil Rule 101.1(c), as to both applicants.

4. I will be present, or will arrange for another member of the bar of this Court to be present, at all proceedings before the Court unless my presence is expressly excused by the Court.

5. I am responsible for the conduct of Christopher Frost, Catherine Liu, and Veronica A. Phifer in connection with this action.

6. Counsel for Princeton Logistics Group, LLC have consented to this application, as reflected in the accompanying letter to the Court.

I certify under penalty of perjury that the foregoing statements made by me are true.

Dated: September 24, 2026

*/s/* Simon J.K. Miller

Simon J.K. Miller