**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PRINCETON LOGISTICS GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK LOUIS GROUP INCORPORATED,<br><br>Defendant. | Case No.: 3:26-cv-06559-RK-JTZ<br><br>**CONSENT ORDER GRANTING ADMISSION PRO HAC VICE**<br><br>Hon. Robert Kirsch, U.S.D.J.<br><br>Hon. Justin T. Quinn, U.S.M.J. |

**THIS MATTER** having been brought before the Court by Simon J.K. Miller, counsel for Patrick Louis Group, Inc. for an Order permitting Christopher Frost, Catherine Liu, and Veronica A. Phifer to appear and participate pro hac vice in the above-captioned action, pursuant to Local Civil Rule 101.1(c); and all parties having consented to this application, as set forth in the accompanying letter; and the Court having considered the certifications submitted in support thereof; and for good cause shown;

IT IS on this 28th day of October, 2026,

**ORDERED** that Christopher Frost, a member in good standing of the Bar of California, be and hereby is admitted to appear and participate pro hac vice on behalf of Patrick Louis Group, Inc. in the above-captioned action; and it is further

**ORDERED** that Catherine Liu, a member in good standing of the Bar of California, be and hereby is admitted to appear and participate pro hac vice on behalf of Patrick Louis Group, Inc. in the above-captioned action; and it is further

**ORDERED** that Veronica A. Phifer, a member in good standing of the Bar of Colorado, be and hereby is admitted to appear and participate pro hac vice on behalf of Patrick Louis Group, Inc. in the above-captioned action; and it is further

**ORDERED** that Simon J.K. Miller shall remain attorney of record and shall continue to sign and file all papers, enter appearances, and be held responsible for said papers and for the conduct of the action, and shall be present before the Court during all phases of this proceeding unless expressly excused by the Court; and it is further

**ORDERED** that, pursuant to Local Civil Rule 101.1(c), each of Christopher Frost, Catherine Liu, and Veronica A. Phifer shall pay to the Clerk, U.S. District Court, an Admission Fee of $250.00 (i.e., $250.00 per admitted attorney); and it is further

**ORDERED** that, pursuant to Local Civil Rule 101.1(c) and New Jersey Court Rule 1:28-2(a), each of Christopher Frost, Catherine Liu, and Veronica A. Phifer shall make payment to the New Jersey Lawyers' Fund for Client Protection for each year in which he/she continues to represent a client in this matter; and it is further

**ORDERED** that Christopher Frost, Catherine Liu, and Veronica A. Phifer shall each be bound by the Local Civil Rules of this Court and shall be subject to the disciplinary jurisdiction of this Court.

_______________________________
HON. JUSTIN T. QUINN, U.S.M.J.

--terminate ECF No. 10